Alexander GEE, Plaintiff–Appellant,

v.

Donald J. RAFFERTY;
et al., Defendants,

and

Star Bank N A, Nominal defendants,
Defendant–Appellee.

No. 02–55631.
D.C. No. CV–01–10907–SVW.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 22, 2003.

Before BEEZER, KLEINFELD, and PAEZ, Circuit Judges.

MEMORANDUM **

Alexander Gee appeals pro se the district court's judgment dismissing his class action, which alleged a bankruptcy court judge's orders in a prior bankruptcy court action violated due process. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Wyler Summit P'ship v. Turner Broad. Sys. Inc.*, 135 F.3d 658,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Gee's request for oral argument.

661 (9th Cir.1998), and we affirm for the reasons stated by the district court.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.